# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RENE GARCIA,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No. 1:22-cv-01622-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING FILING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 12) |

Pending before the Court is the parties' stipulation requesting a 45-day extension of time to file any motion for summary judgment. (Doc. 12).  Accordingly, based on the parties' representations in the stipulation, and for good cause appearing, it is HEREBY ORDERED, Plaintiff shall have a 45-day extension of time from April 7, 2023, to May 22, 2023, to serve and file any motion for summary judgment.  The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any cross-motion and/or reply brief.

IT IS SO ORDERED.

Dated:   **April 6, 2023**                                  _____

UNITED STATES MAGISTRATE JUDGE